DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENETTE ALEXIS,**
Appellant,

v.

**SUZIE PAMPAN,**
Appellee.

No. 4D2025-2094

[June 4, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. 062023CA013422AXXXCE.

Marva Lynn Wiley, Miami Shores, for appellant.

Ralph Francois, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

*            *            *

***Not final until disposition of timely-filed motion for rehearing.***